IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SHIRLEY SHOWALTER,

    Plaintiff,

vs.                                                                                            Case No. 3:21-cv-00087-SLH

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, with each party to bear their own costs.

| | |
|---|---|
| */s/ Anna N. Rol* | */s/ Brian T. Feeney* |
| Anna N. Rol | Brian T. Feeney |
| arol@baronbudd.com | feeneyb@gtlaw.com |
| BARON & BUDD, P.C. | GREENBERG TRAURIG, LLP |
| 3102 Oak Lawn Ave, Suite 1100 | 1717 Arch Street, Suite 400 |
| Dallas, TX 75219 | Philadelphia, PA 19103 |
| (214) 521-3605 - Telephone | (215) 988-5916 - Telephone |
| (214) 520-1181– Facsimile | (215) 988-7801 - Facsimile |
| | |
| *Counsel for Plaintiff Shirley Showalter* | *Counsel for Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

AND NOW, this 8th day of June, 2021, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE